# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff(s),

v.                                     Case No:  8:10-CR-135-T-30MAP

DAVID L. DIXON,

     Defendant(s).

_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #37), the Defendant's Objections (Dkt. #42), and the United States' Response (Dkt. #43).

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections and the Response, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Defendant's Objections (Dkt. #42) are overruled.

2.     The Report and Recommendation (Dkt. #37) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

      3.     The Defendant's Motion to Suppress (Dkt. #19) is DENIED.

    **DONE** and **ORDERED** in Tampa, Florida on December 16, 2010.

               JAMES S. MOODY, JR.
               UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

F:\Docs\2010\10-cr-135.adopt 37.wpd