UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 8:10-cr-135-T-30MAP

DAVID L. DIXON

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (Doc. 67) which, at sentencing, shall become a final order of forfeiture as to defendant David Dixon's right, title, and interest in the following:

1. One FNH 5.7x28 caliber pistol, Serial No. 386142620;
2. Thirty-two 5.7x28 caliber rounds;
3. One Taurus .44 caliber revolver, Serial No. XL257084;
4. Thirty-two .44 magnum rounds;
5. Two .38 caliber rounds; and
6. One 12 gauge shotgun shell.

Being fully advised in the premises, the Court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between offenses charged in Counts One and Two of the Indictment and the referenced firearms and ammunition.  Accordingly, it is hereby

ORDERED AND ADJUDGED that for good cause shown, the United States' motion (Doc. 67) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant David Dixon in the firearms and ammunition referenced above is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the subject firearms and ammunition and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on March 14, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2010\10-cr-135.forfeit 67.wpd

2