UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-135-T-30MAP

DAVID L. DIXON

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 78), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for the following weapon and ammunition:

1. One FNH 5.7x28 caliber pistol, Serial No. 386142620;
2. Thirty-two 5.7x28 caliber rounds;
3. Thirty-two .44 magnum rounds;
4. Two .38 caliber rounds; and
5. One 12 gauge shotgun shell.

The Court, being fully advised in the premises, hereby finds as follows:

1. On March 14, 2011, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America, Dixon's right, title, and interest in the weapons and ammunition. (Doc. 68).

2. On March 14, 2011, the United States sent a Notice of Forfeiture, Acknowledgment of Receipt of Notice of Forfeiture, and a copy of the Preliminary

Order of Forfeiture to Carol L. Yakimo, 5815 18th Street East, Ellenton, FL 34222, via U.S. regular mail and certified mail no. 7001 2510 0005 9935 5462. The certified green card was returned and signed on March 21, 2011. The notice gave Ms. Yakimo instructions for filing a petition with the Clerk, United States District Court, Middle District of Florida, Sam M. Gibbons Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, to claim an interest in the property. Although, Ms. Yakimo asserted an interest in another weapon, she did not claim ownership of the weapon or ammunition subject to this case.

3. On June 16, 2011, Dixon was sentenced, and the weapons and ammunition were found subject to forfeiture and included in the Judgment. (Docs. 75, 76).

4. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the weapons and ammunition, on the official government website, [www.forfeiture.gov](www.forfeiture.gov), from March 15, 2011 through April 13, 2011. (Doc. 74). The publication gave notice to all third parties with a legal interest in the weapons and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

5. No person or entity, other than the defendant, Dixon, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and Carol

L. Yakimo are known to have an interest in the weapons and ammunition. No third party has filed a petition or claimed an interest in the weapons and ammunition, and the time for filing a petition has expired. Thus, any third-party interest in the weapons and ammunition is now barred.

6. The Court finds that the remaining weapon and ammunition are the property of defendant David L. Dixon.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 78) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the weapon and ammunition are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for disposition according to law.

Clear title to the weapon and ammunition are now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on June 22, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Odd\2010\10-cr-135.forfeiture.Dixon.wpd